## ECHOLS V. THE STATE.

*Larceny.*

(Decided May 17th, 1906. 41 So. Rep. 298.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel for appellant. MASSEY WILSON, Attorney-General, for State.

Reversed and Remanded. Opinion by HARALSON, J.
WEAKLEY, C. J., and DOWDELL and DENSON, JJ., concur.